FILED

05/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0156

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0156

| | |
|---|---|
| SUSIE ROBERTSON,<br><br>Petitioner / Appellant,<br><br>v.<br><br>MONTANA STATE FUND,<br><br>Respondent / Appellee. | **ORDER** |

Upon consideration of the parties Joint Stipulation for Dismissal of Appeal and good cause appearing,

IT IS HEREBY ORDERED that the appeal in the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 21 2021